

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 27 2015

JAMES N. HATTEN, Clerk
By: /s/ J. Sewell
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:11-CR-136-1-TWT-AJB

JOSHUA MCCULLOUGH

### GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that the defendant, having been adjudicated guilty on Count One of an information filed in Criminal Case No. 1:15-CR-042-1-TWT, said adjudication of guilt remaining, Counts One, Two and Three of the of the above referenced indictment is dismissed as to Joshua McCullough and Counts One, Two and Three only, and Movant prays leave of Court to file the same.

JOHN A. HORN
ACTING UNITED STATES ATTORNEY

By: /S/ Michael F. Smith
MICHAEL F. SMITH
ASSISTANT UNITED STATES ATTORNEY
75 SPRING STREET, SUITE 600
ATLANTA, GA 30303
(404)581-6287
FAX:  (404)581-618
Georgia Bar No. 557280

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

### ORDER

Now, to-wit, on the 27th day of May 2015, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

*Thomas W. Thrash*

Thomas W. Thrash, Jr.
CHIEF UNITED STATES DISTRICT COURT JUDGE